UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN STEVENS,

        Petitioner,

    v.

FED COURTS,

        Respondent.

Case No. 13-cv-05737-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Dean Stevens has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain (1) a complete IFP application, or (2) full payment for the filing fee of $5.00. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 17, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEAN STEVENS,

        Plaintiff,

  v.

FEDERAL COURTS et al,

        Defendant.

Case Number: CV13-05737 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Dean Stevens
2100 Napa Vallejo-Hwy.
Napa, CA 94558-6293

Dated: April 17, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk